IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYREESE FALKNER, # M-50918, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 16-cv-00254-NJR |
| | ) |
| DEBRA SCHAFER, | ) |
| IDOC FOOD SUPERVISOR @ PNK, | ) |
| and PINCKNEYVILLE CC, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

Plaintiff Tyreese Falkner filed this civil rights action pursuant to 42 U.S.C. § 1983 against several officials at Pinckneyville Correctional Center who routinely served him a diet containing fish (Count 1), despite his known fish allergy. In his complaint, Plaintiff also complained that prison officials routinely served him fewer fries than other inmates (Count 2). In connection with both claims, he requested $1 billion in monetary damages.

Plaintiff originally filed the action in the United States District Court for the Northern District of Illinois on February 29, 2016. *See Falkner v. Schafer, et al*., Case No. 16-cv-02705 (N.D. Ill. 2016). All of the events giving rise to the action occurred at Pinckneyville, which is located in this federal judicial district. Therefore, the Northern District transferred the case to this District on March 10, 2016. (Docs. 3-4).

In an Order dated April 6, 2016 (Doc. 8), the Court dismissed the Complaint for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A. The dismissal was without prejudice, and Plaintiff was granted leave to file a First Amended Complaint

focusing on the Eighth Amendment claim (Count 1). (Doc. 8, p. 6). The deadline for doing so was May 11, 2016. Plaintiff was warned that failure to comply with the Order would result in dismissal of the action with prejudice and a "strike." (*Id*. at 7-8) (citing FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994); 28 U.S.C. § 1915A)).

The deadline has now passed. Plaintiff has not filed a First Amended Complaint. He has also not requested an extension of the deadline for doing so.

**IT IS HEREBY ORDERED** that this case is **DISMISSED with prejudice**, based on Plaintiff's failure to comply with an Order of this Court (Doc. 8) and his failure to prosecute his claims. *See* FED. R. CIV. P. 41(b). This dismissal shall count as one of Plaintiff's three allotted "strikes" within the meaning of 28 U.S.C. § 1915(g). Further, Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, and the fee of $400.00[1] remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

If Plaintiff wishes to appeal this dismissal, his notice of appeal must be filed with this Court within thirty days of the entry of judgment. FED. R. APP. P. 4(a)(1)(A). A motion for leave to appeal *in forma pauperis* should set forth the issues Plaintiff plans to present on appeal. *See* FED. R. APP. P. 24(a)(1)(C). If Plaintiff does choose to appeal, he will be liable for the $505.00 appellate filing fee irrespective of the outcome of the appeal. *See* FED. R. APP. P. 3(e); 28 U.S.C. § 1915(e)(2); *Ammons v. Gerlinger*, 547 F.3d 724, 725-26 (7th Cir. 2008); *Sloan v. Lesza*, 181 F.3d 857, 858-59 (7th Cir. 1999); *Lucien*, 133 F.3d at 467. Moreover, if the appeal is found to be nonmeritorious, Plaintiff may also incur another "strike." A proper and timely

---

[1] At no time did Plaintiff file a motion for leave to proceed *in forma pauperis*, in order to proceed without prepayment of the full $400.00 filing fee for this action. As a result, he is obligated to pay this full amount.

motion filed pursuant to Federal Rule of Civil Procedure 59(e) may toll the 30-day appeal deadline. FED. R. APP. P. 4(a)(4). A Rule 59(e) motion must be filed no more than twenty-eight (28) days after the entry of the judgment, and this 28-day deadline cannot be extended.

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  May 19, 2016**

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**